**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7275**

NORMAN RUFFIN,

Plaintiff – Appellant,

v.

(FIRST NAME UNKNOWN) MEDICAL DOCTOR  CALHOUN, LVCC; (FIRST
NAME UNKNOWN) MEDICAL DOCTOR  CLEMENTS, LVCC; (FIRST NAME
UNKNOWN) MEDICAL DOCTOR  LANGFORD, LVCC; (FIRST NAME
UNKNOWN) MEDICAL NURSE  HIGHTOWER, LVCC; (FIRST NAME
UNKNOWN) MEDICAL DIRECTOR D. GOODE, LVCC,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Robert G. Doumar, Senior
District Judge.  (2:16-cv-00403-RGD-RJK)

Submitted:  February 14, 2017        Decided:  February 23, 2017

Before NIEMEYER, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Norman Ruffin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norman Ruffin appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice for failure to comply with its prior order. See Fed. R. Civ. P. 41(b). We review a district court's dismissal under Rule 41(b) for abuse of discretion. Ballard v. Carlson, 882 F.2d 93, 95 (4th Cir. 1989). We have reviewed the record and find no abuse of discretion. Accordingly, we affirm for the reasons stated by the district court. Ruffin v. Calhoun, No. 2:16-cv-00403-RGD-RJK (E.D. Va. Sept. 6, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED